UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHATREK DANIELS,

                          Petitioner,

          -against-

STATE OF NEW YORK,

                        Respondent.

23-CV-655 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 27, 2023, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 in fees required to file a *habeas corpus* petition in this court. That order specified that failure to comply would result in dismissal of the complaint. Petitioner has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:    March 29, 2023
            New York, New York

                       /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                Chief United States District Judge