UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHATREK DANIELS,

                Petitioner,

    -against-

STATE OF NEW YORK,

                Respondent.

23-CV-655 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 29, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 29, 2023
           New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                Chief United States District Judge